# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20306
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 7, 2017

Lyle W. Cayce
Clerk

BLANCA EMID PETTY,

Plaintiff-Appellant

v.

JOHN KENT PETTY; ROSEMARIE REEVES; CHAD ELLIS; MARK HUMPHREY; JOHN MILAM MERCK, SR.; SCOT A. POWELL; MARIE APPLING POWELL; RICHARD KERZEE; VINCENT L. MARABLE, III; JIMMY PHILLIPS, JR.; PAIGE CURRAN CUNNINGHAM,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-2449

Before BENAVIDES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Blanca Emid Petty has appealed the district court's order dismissing her diversity complaint without prejudice for failure to comply with Federal Rule of Civil Procedure 4. Petty has not shown that the district court abused its

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20306

discretion.  *See* FED. R. CIV. P. 4(m); *Lindsey v. United States R.R. Retirement Bd.*, 101 F.3d 444, 445 (5th Cir. 1996).  The district court's order is AFFIRMED.